**MICHAEL S. LAHR**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59262
Phone: (406) 457-5120
FAX: (406) 457-5130
Email:   Michael.Lahr@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,  Plaintiff/Respondent,  vs.  LASHAWN JERMAIN JOHNSON,  Defendant/Movant. | CR 06-79-BLG-SEH  **NOTICE OF WITHDRAWAL OF MOTION** |
|---|---|

The United States of America, represented by Michael S. Lahr, Assistant United States Attorney for the District of Montana, provides notice that it withdraws its first Motion for Leave to File Response to Defendant's Petition Under 28 U.S.C. § 2255 Out of Time (Doc. #176) of this case, filed on

November 12, 2013.   It has been replaced by the motion at Doc. #180.

DATED this 13th day of November, 2013

                MICHAEL W. COTTER
                United States Attorney


                <u>/s/ *Michael S. Lahr*</u>
                Assistant U.S. Attorney
                Attorney for Plaintiff/Respondent

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2013, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1__ | CM-ECF |
| _____ | Hand Delivery |
| __2__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, United States District Court

2. Lashawn Jermaine Johnson, Reg # 41481-048
   Federal Correction Institution Mendota
   P.O. Box 9
   Mendota, CA 93640