```
MENAP            *         INMATE EDUCATION DATA          *      08-21-2014
PAGE 001         *              TRANSCRIPT                *      19:50:19
```

REGISTER NO: 41481-048     NAME..: JOHNSON              FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MEN-MENDOTA FCI

-------------------------- EDUCATION INFORMATION --------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------------|-------------|-----------------|----------------|
| MEN  | ESL HAS    | ENGLISH PROFICIENT | 06-05-2007 0001 | CURRENT |
| MEN  | GED HAS    | COMPLETED GED OR HS DIPLOMA | 08-15-2007 0001 | CURRENT |

--------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|-----|
| MEN | BASICDRUMS/MON/530-730P | 04-19-2014 | CURRENT | | | | |
| MEN | SPANISH 2 | 07-24-2014 | 08-20-2014 | P | C | P | 16 |
| MEN | ACE PARALEGAL BASICS | 06-11-2014 | 07-07-2014 | P | C | P | 8 |
| MEN | RPP ANGER MGMT (C6) | 11-18-2013 | 03-10-2014 | P | C | P | 12 |
| MEN | WAREHOUSE VT/M-F/7:15-2:30PM/ | 01-06-2014 | 03-14-2014 | P | C | M | 120 |
| MEN | RPP NON RESIDENTIAL (C6) | 09-24-2013 | 01-22-2014 | P | C | P | 20 |
| MEN | ACE CDL ENGLISH | 12-17-2013 | 01-22-2014 | P | C | P | 12 |
| MEN | SPANISH 2 | 08-15-2013 | 09-26-2013 | P | C | P | 12 |
| MEN | RECYCLING VT/M-F/7:15-2:30PM/ | 09-09-2013 | 11-05-2013 | P | C | M | 100 |

G0002     MORE PAGES TO FOLLOW . . .

```
MENAP              *        INMATE EDUCATION DATA        *       08-21-2014
PAGE 002           *             TRANSCRIPT              *         19:50:19

REGISTER NO: 41481-048    NAME..: JOHNSON               FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: MEN-MENDOTA FCI


---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
MEN        BEG CERAMICS/TH-F/530-730PM   08-08-2013  10-01-2013   P   C  P    8
MEN        ACE BUSINESS DEVELOP BASICS   07-09-2013  09-10-2013   P   C  P    8
MEN        SPANISH FOR BEGINNERS         06-06-2013  07-08-2013   P   C  P   12
MEN        BUSINESS ETIGUETTE            05-15-2013  06-16-2013   P   C  P    4
MEN        CONFLICT MANAGEMENT           05-05-2013  06-16-2013   P   C  P    4
MEN        JOB FAIR                      08-13-2012  09-13-2012   P   C  P   25
MEN        STARTING YOUR OWN BUSINESS    02-14-2013  03-01-2013   P   C  P    4
MEN        ACCOUNTING CYCLE              02-15-2013  02-22-2013   P   C  P    4
MEN        THINKING ON YOUR FEET         02-11-2013  02-15-2013   P   C  P    4
MEN        ATTITUDE ADJUSTMENT           02-11-2013  02-15-2013   P   C  P    4
MEN        CAREER SEARCH/W/12:30-1:30PM  06-05-2012  08-04-2012   P   C  P    8
MEN        PARENTING/TUE/1:30-2:30PM/    03-20-2012  06-06-2012   P   C  P   18
MEN        ELL/8:20-10:20/FRI            04-12-2012  04-16-2012   P   C  P    2
HER        INTRO TO SOC-LCC              08-23-2011  12-22-2011   C   C  P    0


G0002          MORE PAGES TO FOLLOW . . .
```

```
MENAP           *       INMATE EDUCATION DATA       *     08-21-2014
PAGE 003        *            TRANSCRIPT             *       19:50:19


REGISTER NO: 41481-048      NAME..: JOHNSON              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: MEN-MENDOTA FCI
```

```
-----------------------------  EDUCATION COURSES  -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
HER        PIANO 2                     04-04-2011  07-07-2011   P   C  P   30
HER        PARENTING (BRAZELTON)RPP6   06-15-2011  06-30-2011   P   C  P    6
HER        WESTERN CIVILIZATION 2-LCC  03-18-2011  05-27-2011   C   C  P    0
HER        PHYSICAL ANTHROPOLOGY       01-18-2011  05-27-2011   C   C  P    0
HER        PILATES (RPP6)              01-14-2011  04-04-2011   P   C  P   30
HER        YOGA II                     01-14-2011  04-04-2011   P   C  P   30
HER        YOGA I                      01-14-2011  04-04-2011   P   C  P   30
HER        DRUG PREVENTION-LCC         08-12-2010  12-17-2010   C   C  P    0
HER        ES1 ETHNIC STUDIES-LCC      08-12-2010  12-17-2010   C   C  P    0
HER        BUSINESS 2/LCC              08-12-2010  12-17-2010   C   C  P    0
HER        CORE POWER CLASS            07-08-2010  09-06-2010   P   C  P   30
HER        YOGA I                      07-08-2010  09-06-2010   P   C  P   30
HER        HISTORY 17-LCC              06-07-2010  07-30-2010   C   C  P    0
HER        PRINCIPLES OF PSYCH-LCC     06-07-2010  07-30-2010   C   C  P    0


G0002       MORE PAGES TO FOLLOW . . .
```

```
MENAP              *       INMATE EDUCATION DATA        *     08-21-2014
PAGE 004 OF 004    *            TRANSCRIPT              *       19:50:19


REGISTER NO: 41481-048     NAME..: JOHNSON              FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: MEN-MENDOTA FCI


------------------------------ EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
HER        DRAWING 1 (RPP6)            07-12-2010  09-28-2010  P   C  P   30
FLF        MUSIC APPRECIATION EVENINGS 11-01-2008  12-12-2008  P   C  P   18
FLF        DOING TIME WITH RIGHT MIND(14) 10-19-2007 12-13-2007 P  C  P   14




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```