Colin M. Stephens
SMITH & STEPHENS, P.C.
315 W. Pine
Missoula, MT 59802
Phone:  (406) 721-0300
Fax:  (406) 721-5370
colin@smithstephens.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff/Respondent,<br>     vs.<br>LASHAWN JERMAINE JOHNSON,<br><br>          Defendant/Movant. | Cause No. CR 06-79-BLG-DLC<br><br>PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE |

In response to the Court's Order to Show Cause, the Government has filed a response appropriately indicating that the Movant is entitled to a new trial based on violations of *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).  Consequently, the Government concedes that the Movant's *§ 2255* petition should be granted.

On this issue the Movant sees no reason to argue with the Government and respectfully requests this Court grant his petition.  Finally, the Movant would thank and credit the Government for its forthright and honest approach in investigating and responding to the petition.

Respectfully submitted this 9th day of January, 2015.

    /s/ Colin M. Stephens
Colin M. Stephens
SMITH & STEPHENS, P.C.
Attorney for Defendant/Movant

## **CERTIFICATE OF COMPLIANCE**

I, Colin M. Stephens, do hereby certify that this Reply to Government's Response to Order to Show Cause does not exceed 3250 words as calculated by my WordPerfect X3 software. Exact words are 343 including all certificates. Further I certify that this Reply is appropriately double spaced and in a proportionate Times New Roman 14 point font.

Dated this 9th day of January, 2015.

    /s/ Colin M. Stephens
Colin M. Stephens
SMITH & STEPHENS, P.C.
Attorney for Movant

## CERTIFICATE OF SERVICE

    I, Colin M. Stephens, do hereby certify that I delivered a true and correct copy of this Reply to Government's Response to Order to Show Cause to the following individuals via the means indicated below.

Michael S. Lahr. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CM/ECF
Assistant United States Attorney

LaShawn Jermaine Johnson. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . U.S. Mail
41481-048
FCI Mendota
3500 West California Ave.
Mendota, CA 93640

    Dated this 9th day of January, 2015.


                                              /s/ Colin M. Stephens
                                             Colin M. Stephens
                                             SMITH & STEPHENS, P.C.
                                             Attorney for Movant