**MICHAEL S. LAHR**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email:   michael.lahr@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>LASHAWN JERMAIN JOHNSON,<br><br>Defendant/Movant. | CR 06-79-BLG-DLC<br>CV 13-92-BLG-DLC<br><br><br><br>UNOPPOSED MOTION TO<br>DISMISS WITH PREJUDICE |
|---|---|

The United States, by and through Michael S. Lahr, Assistant United States Attorney for the District of Montana, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves the Court to dismiss the above-entitled matter with prejudice on the grounds and for the reasons that the United States has determined that the interests of justice require this case be dismissed.

Wherefore, the United States respectfully requests the Court to dismiss the indictment in this case with prejudice.

Defendant's counsel has been contacted, and he does not oppose this motion.

DATED this 12th day of February, 2015.

                      MICHAEL W. COTTER
                      United States Attorney

                      /s/ *Michael S. Lahr*
                      Assistant U.S. Attorney
                      Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on 2/12/2015, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1,2__ | CM-ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, United States District Court

2. Colin Stephens, counsel for defendant

/s/ *Michael S. Lahr*
Assistant U.S. Attorney
Attorney for Plaintiff/Respondent